UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED
JUN 23 2020
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 1:20CR23 IMK, MJA |
| PAUL CHIBUZO, | Violations: 18 U.S.C. § 1001(a)(2) |
| Defendant. | 18 U.S.C. § 1071 |

# INDICTMENT

The Grand Jury charges that:

## COUNT ONE

(Harboring and Concealing a Federal Fugitive)

Starting on or about March 1, 2019, the exact date unknown to the grand jury, until March 6, 2019, in Monongalia County, in the Northern District of West Virginia, the defendant, **PAUL CHIBUZO** harbored and concealed Donquale Gray, a person for whose arrest a warrant and process had been issued under the provisions of a law of the United States, so as to prevent the discovery and arrest of Donquale Gray, after notice and knowledge of the fact that a warrant and process had been issued for the apprehension of Donquale Gray, and which warrant had been issued on a felony charge; in violation of Title 18, United States Code, Section 1071.

## COUNT TWO

(False Statement to Federal Agent)

On or about March 6, 2019, in Monongalia County, in the Northern District of West Virginia, in a matter within the jurisdiction of the executive branch of the Government of the United States, defendant **PAUL CHIBUZO** did knowingly and willfully make a materially false, fictitious, fraudulent statement and representation, that is the defendant stated to a special agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives that the defendant had not spoken with Donquale Gray for "months" before Gray arrived in Morgantown, and denied any knowledge of Gray's fugitive status, when the defendant then and there knew that he had spoken to Donquale Gray in February 2019 and that, as of at least February 18, 2019, he was aware that the U.S. Marshal's Service were seeking to arrest Gray; in violation of Title 18, United States Code, Section 1001(a)(2).

A true bill,

/s/
Foreperson

/s/ William J. Powell
WILLIAM J. POWELL
United States Attorney

Andrew R. Cogar
Assistant United States Attorney

3